UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

LUMINENT MORTGAGE CAPITAL, INC.;
MINERVA MORTGAGE FINANCE
CORPORATION; MERCURY MORTGAGE
FINANCE STATUTORY TRUST; and SATURN
PORTFOLIO MANAGEMENT, INC.,

          Plaintiffs,

v.

BARCLAYS CAPITAL INC.,

          Defendant.

------------------------------------------------------------ x

Civ. A. No. 07 CIV 10275
ECF CASE

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local Civil Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Luminent Mortgage Capital, Inc. ("Luminent"), Minerva Mortgage Finance Corporation ("Minerva"), Mercury Mortgage Finance Statutory Trust ("Mercury"), and Saturn Portfolio Management, Inc. ("Saturn") certifies that Luminent is a publicly held corporation; each of Minerva and Saturn is an indirect subsidiary of Luminent; and Mercury is a subsidiary of Luminent, and the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held: None other than Luminent.

Date: November 13, 2007

Michael E. Petrella (MP3794)
O'SHEA PARTNERS LLP
90 Park Avenue, 20th Floor
New York, New York 10016
(212) 682-4426