AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 07 CIV 10275 (RMB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Barclays Capital, Inc.
200 Park Avenue
New York, NY 10018

I certify that I am admitted to practice in this court.

| 11/20/2007 | *Jeffrey T. Scott* (signature) |
|---|---|
| Date | Signature |

| Jeffrey T. Scott | (JS5014) |
|---|---|
| Print Name | Bar Number |

125 Broad Street
Address

| New York | NY | 10004 |
|---|---|---|
| City | State | Zip Code |

| (212) 558-4000 | (212) 558-3588 |
|---|---|
| Phone Number | Fax Number |