UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

LUMINENT MORTGAGE CAPITAL,
INC., *et al.*,

            Plaintiffs,

   v.

BARCLAYS CAPITAL INC.,

            Defendant.

------------------------------x

07 CIV 10275 (RMB)

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Barclays Capital Inc. discloses that it is a wholly owned subsidiary of Barclays PLC, and that no publicly traded company owns ten percent (10%) or more of its stock.

Dated: New York, New York
       November 20, 2007

                          /s/ Jeff Scott
                          Jeffrey T. Scott (JS 5014)
                          SULLIVAN & CROMWELL LLP
                          125 Broad Street
                          New York, NY 10004
                          (212) 558-4000

                          *Counsel for Defendant Barclays Capital Inc.*