AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN       DISTRICT OF       NEW YORK

**APPEARANCE**

Case Number: 07 CIV 10275 (RMB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Barclays Capital, Inc.
200 Park Avenue
New York, NY 10018

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/29/2007 | *(signature)* |
| Date | Signature |
| | Yannick Carapito — YC7480 |
| | Print Name — Bar Number |
| | 125 Broad Street |
| | Address |
| | New York   NY   10004 |
| | City   State   Zip Code |
| | (212) 558-4000   (212) 558-3588 |
| | Phone Number   Fax Number |