UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUMINENT MORTGAGE CAPITAL,                :
INC., *et al.*,                           :
                                          :   **Case Management Plan**
                    Plaintiffs,           :
          v.                              :   07 CIV 10275 (RMB)
                                          :
BARCLAYS CAPITAL INC.,                    :
                                          :
                    Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


        The following Case Management Plan is entered into after consultation

with the parties.  This Plan is also a Rule 16 and Rule 26(f) scheduling order as required

by the Federal Rules of Civil Procedure.

I.      **Schedule**

        A.      Initial disclosures pursuant to Rule 26(a) are due no later than January 7,

2008.

        B.      All fact discovery (except that set forth in paragraph I.C immediately       RMB

below) shall be completed by ~~September~~ *April 21,* 2008.

        C.      The parties shall be entitled to serve final sets of interrogatories and/or

requests for admission no later than ~~September~~ *reasonably before April 21,* 2008.

        D.      The parties shall identify expert witnesses and serve reports of their

opinions no later than ~~September 18, 2008.~~ *See Par F*

        E.      The parties shall serve rebuttal reports, and identify any rebuttal experts

and serve reports of their opinions, no later than ~~October 30, 2008.~~ *See Par F* If any party identifies

USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 12\14\2007

a new rebuttal expert pursuant to this paragraph, the opposing party shall serve additional

*See Par F*

rebuttal reports by ~~November 10, 2008~~.

*July 7, 2008*

     F.     Expert depositions shall be completed no later than ~~December 10, 2008~~.

## II. Joinder of Additional Parties and Amendment of Pleadings

     A.     Joinder of additional parties and amendment of pleadings is due no later

*See Par B*

than ~~April 21, 2008~~. If the parties wish to join parties or amend their pleadings after

April 21, 2008, the parties must seek leave of the Court to do so.

     B.     Defendant will file its Answer and Counterclaims within 10 days of the

entry of the Court's ruling on the Defendant's Motion to Dismiss, which will be filed ~~on~~

*See Court's Rules*

~~January 7, 2008~~, as required by the Stipulation and Order entered by the Court on

November 21, 2007.

## III. Proceedings before a Magistrate Judge

     A.     The parties do not consent to proceed before a Magistrate Judge.

## IV. Status of Settlement

     A.     The parties have not been able to agree on a settlement.

## V. Miscellaneous

     A.     Motions: _See Court's Rules_

     B.     Oral Argument: _____

     C.     Joint Pre-Trial Order to be submitted by _____

*Settlement     with Proposals     July 14, 2008*

     D.     ~~Final Pre-Trial~~ Conference: _____

*9:15 AM*

- 3 -

E.    Trial: _____

F.    Other: ___Wash On Settlement_____

**SO ORDERED**:    New York, New York

_____12/14/07_____ , 2007

_____

Hon. Richard M. Berman, U.S.D.J.

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

December 13, 2007



By Hand

Honorable Richard M. Berman, U.S.D.J.,
    United States District Court,
        Southern District of New York,
           United States Courthouse,
               500 Pearl Street,
                   New York, NY 10007-1312.

       Re:    *Luminent Mortgage Capital, Inc. et al.* v. *Barclays Capital, Inc.*
             07 Civ. 10275 (RMB)

Your Honor:

        I represent Barclays Capital Inc. in the above-referenced matter. In accordance with your Individual Practices and Fed. R. Civ. P. 26(f), please find enclosed a copy of the parties' proposed Case Management Plan. We look forward to discussing the enclosed plan at the initial pre-trial conference on Thursday, December 20.

                         Respectfully submitted,

                         Jeffrey T. Scott

(Enclosure)

cc:    Michael Petrella, Esq.