AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 07 CIV 10275

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Barclays Capital, Inc.
200 Park Avenue
New York, NY 10018

I certify that I am admitted to practice in this court.

| 1/7/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Robinson B. Lacy | (RL8282) |
|---|---|
| Print Name | Bar Number |

125 Broad Street
Address

| New York | NY | 10004 |
|---|---|---|
| City | State | Zip Code |

| (212) 558-4000 | (212) 558-3588 |
|---|---|
| Phone Number | Fax Number |