UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
:
LUMINENT MORTGAGE CAPITAL,        :
INC., *et al.*,                                       :
:
                      Plaintiffs,        :        07 CIV 10275 (RMB)
              v.                                     :
:
BARCLAYS CAPITAL INC.,                :
:
                      Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF JEFFREY T. SCOTT

I, JEFFREY T. SCOTT, being duly sworn, deposes and says as follows:

1.       I am a member of the bar of this Court, and a member of Sullivan

& Cromwell LLP, counsel to defendant Barclays Capital Inc. ("BCI") in the above-

captioned action.  I submit this affidavit to place before the Court certain materials cited

in the Memorandum of Law of Barclays Capital Inc. in Support of Its Motion to Dismiss.

2.       A true and correct copy of the Master Repurchase Agreement

between BCI and Luminent Mortgage Capital, Inc., dated June 27, 2005, is attached

hereto as Exhibit A.

3.       A true and correct copy of the Master Repurchase Agreement

between BCI and Mercury Mortgage Finance Statutory Trust, dated December 22, 2005,

is attached hereto as Exhibit B.

4.     A true and correct copy of the Master Repurchase Agreement between BCI and Minerva Mortgage Finance Corporation, dated December 22, 2005, is attached hereto as Exhibit C.

5.     A true and correct copy of the Master Repurchase Agreement between BCI and Saturn Portfolio Management, Inc., dated August 25, 2006, is attached hereto as Exhibit D.

_____
Jeffrey T. Scott

Sworn to before me this
7th day of January, 2008

_____
Notary Public

LISA DIPIETRANTONIO
Notary Public, State of New York
No. 01DI6044245
Qualified in Bronx County
Commission Expires July 3, 2010

**Exhibits A, B, C and D are too large to be filed electronically.**

**Paper copies will be filed with the Court.**