## SULLIVAN & CROMWELL LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

**MEMO ENDORSED**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*

*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

Applic. typ Granted. Reply
due 2/20/08.

February 6, 2008

SO ORDERED
Date: 2/7/08

Richard M. Berman, U.S.D.J.

By Hand

Honorable Richard M. Berman, U.S.D.J.,
 United States District Court,
  Southern District of New York,
   United States Courthouse,
    500 Pearl Street,
     New York, NY 10007-1312.

    Re: *Luminent Mortgage Capital, Inc. et al. v. Barclays Capital, Inc.*
      07 Civ. 10275 (RMB)

Your Honor:

    I represent Barclays Capital Inc. ("BCI") in the above-referenced matter. On December 20, 2007, during a pre-trial conference with the Court, it is our recollection that the Court stated that BCI should file its reply brief in support of its motion to dismiss on or before February 20, 2008. However, when we electronically filed the motion to dismiss, we mistakenly indicated that our reply was due on February 14, and that date was entered onto the docket. We request that the reply date be changed to the previously agreed upon date of February 20, 2008. Plaintiffs do not oppose this request. Thank you for your consideration of this request.

        Respectfully submitted,

        Jeffrey T. Scott

cc: Michael Petrella, Esq.