UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
LUMINENT MORTGAGE CAPITAL,
INC., *et al.*,

                Plaintiffs,

     v.                          07 CIV 10275 (RMB)

BARCLAYS CAPITAL INC.,

                Defendant.
------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

## STIPULATION AND PROPOSED REVISED SCHEDULING ORDER

WHEREAS, on December 14, 2007, this Court entered the Case Management Plan in which it ordered the parties to complete fact discovery by April 21, 2008 and expert discovery by July 7, 2008;

WHEREAS, since the Case Management Plan was entered, the parties have worked diligently to complete fact discovery, including the service of document requests and interrogatories and responses thereto, and the participation in meet-and-confer conferences regarding the parties' document requests in an effort to resolve any differences concerning those requests and to streamline discovery;

WHEREAS, the parties also have expended significant resources and time collecting and reviewing hundreds of thousands of pages of documents for potential production in this case, and have produced approximately 80,000 pages of documents to date;

WHEREAS, the parties believe that the number of fact witnesses to be deposed in this case will be approximately the number of witnesses permitted to be

- 2 -

deposed under Federal Rule of Civil Procedure 30(a)(2) (*i.e.*, approximately 20). Additionally, the parties expect difficulties in scheduling these depositions because certain of the potential witnesses are former employees of the parties;

WHEREAS, the parties believe that a modest extension of the fact and expert discovery schedule — approximately ten weeks — is necessary in order to provide the parties with a reasonable amount of time to complete discovery in an efficient manner;

WHEREAS, the parties to this action have not previously requested extensions to any deadlines in the discovery schedule;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that a brief extension to the fact and expert deadlines in the current discovery schedule is warranted. The parties therefore respectfully propose the following revised schedule:

1. All fact discovery shall be completed by August 1, 2008.
2. Final sets of interrogatories and requests for admission shall be served on or by July 1, 2008.
3. All expert discovery, including depositions, shall be completed on or by September 26, 2008.

4. A settlement conference with principals shall be held on July 14, 2008 at 9:15 a.m. (the date originally scheduled by this Court in the Case Management Plan for such a conference). *STET*

Dated: New York, New York
April 1, 2008

_____
Jeffrey T. Scott (JS5014)
Jonathan Sedlak (JS3769)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000

*Counsel for Defendant
Barclays Capital Inc.*

_____
Sean F. O'Shea (SO5476)
Michael E. Petrella (MP3794)
O'SHEA PARTNERS LLP
90 Park Avenue, 20th Floor
New York, NY 10016
(212) 682-4426

*Counsel for Plaintiffs Luminent Mortgage Capital, Inc., Minerva Mortgage Finance Corporation, Mercury Mortgage Finance Statutory Trust and Saturn Portfolio Management, Inc.*

SO ORDERED, this 2nd day of April 2008.

_____
Richard M. Berman
United States District Judge