# O'SHEA PARTNERS LLP

90 PARK AVENUE
20th FLOOR
NEW YORK, NEW YORK 10016

SEAN F. O'SHEA
MICHAEL E. PETRELLA
—
HARLAN J. PROTASS
MARC D. FEINGOLD
JONATHAN R. ALTSCHULER
MAUREEN MORAN
JULIE O'SHEA

(212) 682-4426
Fax (212) 682-4437
www.osheapartners.com

April 10, 2008

Allan N. Taffet, Esq.
Duval & Stachenfeld LLP
300 East 42nd Street
New York, NY 10017

**MEMO ENDORSED**
P2

Re:  Luminent Mortgage Capital, Inc. et al. v. Barclays Capital Inc.
     07 Civ. 10275 (RMB)

Dear Mr. Taffet:    *as amended*   RMB

This letter, together with the Confidentiality Stipulation and Order in this case dated April 4, 2008, governs the production of any and all documents by Credit Suisse Securities (USA) LLC ("Credit Suisse") in the above matter, as follows:

1. For purposes of Confidentiality Stipulation and Order dated April 4, 2008, Credit Suisse will be treated as a party, entitled and subject to the same protections and obligations as if it were a party to this case.

ACCEPTED AND AGREED:

_____
Michael E. Petrella (MP3794)
**O'SHEA PARTNERS LLP**
90 Park Avenue, 20th Floor
New York, New York 10016
(212) 682-4426
*Counsel for Plaintiffs*

_____  4/11/08
Jeffrey T. Scott (JS5014)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
(212) 558-4000
*Counsel for Defendants*

_____  4/14/08
Allan N. Taffet, Esq. (AT5181)
**DUVAL & STACHENFELD LLP**
300 East 42nd Street
New York, New York 10017
(212) 883-1700
*Counsel for Credit Suisse Securities (USA) LLC*

So Ordered this 15th day of April 2008:

_____
Hon. Richard M. Berman, U.S.D.J.