# O'SHEA PARTNERS LLP
90 PARK AVENUE
20th FLOOR
NEW YORK, NEW YORK 10016

SEAN F. O'SHEA
MICHAEL E. PETRELLA

HARLAN J. PROTASS
MARC D. FEINGOLD
JONATHAN R. ALTSCHULER
MAUREEN MORAN
JULIE O'SHEA

(212) 682-4426
Fax (212) 682-4437
www.osheapartners.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

April 25, 2008

Howard A. Fischer
Emily A. Poler
Schindler Cohen & Hochman LLP
100 Wall Street, 15th Floor
New York New York 10005

Re: Luminent Mortgage Capital, Inc. et al. v. Barclays Capital Inc.
07 Civ. 10275 (RMB)

Dear Mr. Fischer and Ms. Poler:

This letter, together with the Confidentiality Stipulation and Order in this case dated April 4, 2008 (the "Confidentiality Order"), governs the production of any and all documents by Goldman Sachs & Company and Goldman Sachs Asset Management ("Goldman Sachs") in the above matter, as follows:

1. For purposes of Confidentiality Order, Goldman Sachs will be treated as a party to the above-captioned action and shall be entitled and subject to the same protections and obligations as if it were a party to this case;

2. To the extent that documents Goldman Sachs designates as Confidential are used at any deposition in this proceeding, the relevant portions of such depositions shall be designated as "Confidential," regardless of whether Goldman Sachs has an opportunity to designate the transcript as confidential

3. Goldman Sachs may produce documents on a DVD or CD and designate the entire contents of the DVD or CD "Confidential" by so labeling the CD or DVD.

07 civ 10275 (SHS)

ACCEPTED AND AGREED:

_____
Michael E. Petrella (MP 3794)
**O'SHEA PARTNERS LLP**
90 Park Avenue, 20th Floor
New York, New York 10016
(212) 682-4426
*Counsel for Plaintiffs*

_____
Jeffrey T. Scott (JS 5014)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
(212) 558-4000
*Counsel for Defendants*

_____
Howard A. Fischer (HF 8582)
Emily A. Poler (EP 1551)
**SCHINDLER COHEN & HOCHMAN LLP**
100 Wall Street, 15th Floor
New York New York 10005
(212) 277-6340
*Counsel for Goldman Sachs*

So Ordered this 12th day of May, 2008:

_____
Hon. Richard M. Berman, U.S.D.J.
Sidney H. Stein, USDJ