# O'SHEA PARTNERS LLP

90 PARK AVENUE
20th FLOOR
NEW YORK, NEW YORK 10016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

SEAN F. O'SHEA
MICHAEL E. PETRELLA
—
JONATHAN R. ALTSCHULER
MARC D. FEINGOLD
JULIE O'SHEA
TOM STEIN
ROBERT R. VIDUCICH
MARK A. WEISSMAN

(212) 682-4426
Fax (212) 682-4437
www.osheapartners.com

June 9, 2008

David G. Hagens
GMAC ResCap, Legal
One Meridian Crossings
Suite 100
Minneapolis, MN 55423

**MEMO ENDORSED**

Re: **Luminent Mortgage Capital, Inc. et al. v. Barclays Capital Inc.**
**07 Civ. 10275 (RMB)**

Dear Mr. Hagens:

This letter, together with the Confidentiality Stipulation and Order in this case dated April 4, 2008, governs the production of any and all documents by GMAC Residential Capital Company LLC ("ResCap") in the above matter, as follows:

1. For purposes of Confidentiality Stipulation and Order dated April 4, 2008, ResCap will be treated as a party, entitled and subject to the same protections and obligations as if it were a party to this case.

2. ResCap may produce documents on a DVD or CD and designate the entire contents of the DVD or CD "Confidential" by so labeling the disc.

ACCEPTED AND AGREED:

_[signature]_
Michael E. Petrella (MP3794)
**O'SHEA PARTNERS LLP**
90 Park Avenue, 20th Floor
New York, New York 10016
(212) 682-4426
*Counsel for Plaintiffs*

07 Civ 10275 (SHS)

_____
Jeffrey P. Scott (JS5014)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
(212) 558-4000
*Counsel for Defendants*


_____
David G. Hagens
**GMAC RESIDENTIAL CAPITAL CO. LLC**
One Meridian Crossings, Suite 100
Minneapolis, MN 55423
(952) 857-7398
*Counsel for GMAC ResCap*

So Ordered this 18th day of June 2008:

_____
Hon. Sidney H. Stein, U.S.D.J.