# O'SHEA PARTNERS LLP

90 PARK AVENUE
20th FLOOR
NEW YORK, NEW YORK 10016

SEAN F. O'SHEA
MICHAEL E. PETRELLA

JONATHAN R. ALTSCHULER
MARC D. FEINGOLD
JULIE O'SHEA
TOM STEIN
ROBERT R. VIDUCICH
MARK A. WEISSMAN

(212) 682-4426
Fax (212) 682-4437

www.osheapartners.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

June 16, 2008

MaryJane Lee, Esq.
Deutsche Bank Legal Department
60 Wall Street, 36th Floor
New York, NY 10005

**MEMO ENDORSED**

Re: **Luminent Mortgage Capital, Inc. et al. v. Barclays Capital Inc.**
   **07 Civ. 10275 (SHS)**

Dear Ms. Lee:

This letter, together with the Confidentiality Stipulation and Order in this case dated April 4, 2008, as amended, governs the production of any and all documents by Deutsche Bank Securities Inc. ("DBSI") in the above matter, as follows:

1. For purposes of Confidentiality Stipulation and Order dated April 4, 2008, as amended, DBSI will be treated as a party, entitled and subject to the same protections and obligations as if it were a party to this case.

ACCEPTED AND AGREED:

_____
Robert R. Viducich (RV7300)
**O'SHEA PARTNERS LLP**
90 Park Avenue, 20th Floor
New York, New York 10016
(212) 682-4426
*Counsel for Plaintiffs*

07 Civ 10275 (SHS)

_____
Jeffrey T. Scott (JS5014) / JDS
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
(212) 558-4000
*Counsel for Defendants*

_____
MaryJane Lee, Esq.
**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10017
*Counsel for Deutsche Bank Securities Inc.*

So Ordered this 18th day of June, 2008:

_____
Hon. Sidney H. Stein, U.S.D.J.