```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LUMINENT MORTGAGE CAPITAL, INC., : 07 Civ. 10275 (SHS)
ET AL.,
:
          Plaintiffs,
:
-against-                   ORDER
:
BARCLAYS CAPITAL INC.,
:
          Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received defendant's letter dated August 1, 2008, setting forth the parties' agreement on the mediator for this action.

    IT IS HEREBY ORDERED that:

    1.    Defendant's motion to dismiss [12] is dismissed without prejudice to its renewal upon written application, in the event the mediation is unsuccessful; and

    2.    A status conference will take place on October 10, 2008, at 10:00 a.m.

Dated: New York, New York
         August 6, 2008

                                    SO ORDERED:

                                    Sidney H. Stein, U.S.D.J.