```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
LUMINENT MORTGAGE CAPITAL,          :
INC., et al.,                       :
                                    :
                Plaintiffs,         :
         v.                         :   07 CIV 10275 (SHS)
                                    :
BARCLAYS CAPITAL INC.,              :
                                    :
                Defendant.          :
                                    :
------------------------------------x

STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the parties, by their undersigned attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims asserted in this action are hereby dismissed with prejudice, with each party to bear its own costs, including attorneys' fees.

Dated: New York, New York
       August 26, 2008

_____          _____
Jeffrey T. Scott (JS5014)          Sean F. O'Shea (SO5476)
Jonathan Sedlak (JS3769)           Michael E. Petrella (MP3794)
SULLIVAN & CROMWELL LLP            O'SHEA PARTNERS LLP
125 Broad Street                   90 Park Avenue, 20th Floor
New York, NY 10004                 New York, NY 10016
(212) 558-4000                     (212) 682-4426

*Counsel for Defendant*            *Counsel for Plaintiffs Luminent Mortgage*
*Barclays Capital Inc.*            *Capital, Inc., Minerva Mortgage Finance*
                                   *Corporation., Mercury Mortgage Finance*
                                   *Statutory Trust and Saturn Portfolio*
                                   *Management, Inc.*

SO ORDERED, this 1 day of September, 2008.

_____
Hon. Sidney H. Stein
United States District Judge